UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: JOSE L. LINARES
Court Reporter: PHYLLIS LEWIS

Date: 08/12/08
Docket No: CR. 05-075-JLL-01

Title of the Case:

UNITED STATES OF AMERICA
v.
NICHOLAS INFANTINO

Appearances:

Donna D. Gallucio – AUSA
Arthur Abrams – Attorney for Defendant

Susan Smalley – USPO

Nature of Proceedings: **SENTENCE**

SENTENCE: 24 Months (on each of Cts 1&2 of Information to run concurrent)
SUPERVISED RELEASE: 3 years (on each of Cts. 1 & 2 of Information to run concurrent)
SPECIAL CONDITIONS:
- Refrain from use of drugs
- Occupational Restriction
- Full Financial Disclosure
- Internal Revenue Service
- No New Debt
- DNA Collection

Special Assessment: $200.00 (due immediately)
Restitution: $ 12,487,227.51 (due immediately)
Recommendation to BOP: A facility in New Jersey
Court ORDERED Deft. to voluntarily surrender by 09/22/08 at or before Noon
Deft. advised of his right to appeal

Commenced: 11:15 a.m.
Concluded:  12:10 p.m.

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.